AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**US TECHNOLOGY CORP.,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**STEPHEN L. JOHNSON, et al.,**     **CASE NO. C2-08-82**
                                                   **JUDGE EDMUND A. SARGUS, JR.**

    **Defendants.**              **MAGISTRATE JUDGE NORAH MCCANN KING**

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X      **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the OPINION AND ORDER filed January 13, 2009, JUDGMENT is hereby entered DISMISSING this action.**


Date: January 13, 2009                              JAMES BONINI, CLERK


                                                         */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk